**Motion Granted; Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed November 14, 2024.**



In The

# Fourteenth Court of Appeals

---

**NO. 14-24-00500-CV**

---

## IN RE ALCHEMY TENACITY, LLC; RICHARD PAUL BEAULLIEU; ALCHEMY 2018, LLC; AND ALCHEMY 4, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-75394**

---

## MEMORANDUM OPINION

On Monday, July 15, 2024, relators Alchemy Tenacity, LLC; Richard Paul Beaullieu; Alchemy 2018, LLC; and Alchemy 4, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to vacate or reverse the trial court's June 27, 2024 order granting real party in interest MTZ

Holdings, LLC's "Motion to Compel the deposition of Richard Paul Beaullieu, and its Motion to Compel Jurisditional Discovery and for Continuance to Conduct Jurisdictional Discovery."

On November 7, 2024, relators filed an unopposed motion to dismiss mandamus proceeding because the parties have resolved their dispute.

We grant relators' motion to dismiss and dismiss the petition for writ of mandamus. In addition, we lift this court's stay entered July 23, 2024.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.